DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

IN RE BULLARD

    No. 57.

    Case below: 22 N.C. App. 245.

    Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 September 1974.

IN RE HENNIE

    No. 76 PC.

    Case below: 22 N.C. App. 690.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

INSURANCE CO. v. TIRE CO.

    No. 22 PC.

    Case below: 22 N.C. App. 237.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 24 September 1974.

MORGAN, ATTY. GENERAL v. POWER CO.

    Nos. 56 and 28 PC.

    Case below: 22 N.C. App. 300.

    Petition of Attorney General for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974. Motions of Utilities Comm. and Power Co. to dismiss appeal allowed 24 September 1974.

    Justice LAKE dissenting: It is my view that the appeal of the Attorney General in this case presents a substantial question of law, neither heretofore nor now determined by this Court, as to the authority of the Utilities Commission to grant, without a hearing, an interim increase in rates charged by a public utility for its service, that the public interest requires a prompt determination of this question and that to continue the increased rates in effect pending further consideration thereof by the Utilities Commission subjects the users of the service to the risk of substantial legal and economic injury. For these reasons, it is my view that the appeal should now be heard by this Court and should not be summarily dismissed as premature.